COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 11, 2015
 No. 10-14-00376-CV
 IN RE KAREN G. BAUNCHAND
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Karen G. Baunchand has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that Joe F. Grubbs is awarded judgment against Karen G. Baunchand for Joe F. Grubbs' costs that were paid, if any, by Joe. F. Grubbs; and all unpaid appellate court cost, if any, is taxed against Karen G. Baunchand.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk